IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DANIEL HATTEN (K9677)**                                                              **PLAINTIFF**

**v.**                                                    **No. 4:20CV107-DAS**

**WARDEN LEE SIMON**
**WARDEN TIMOTHY MORRIS**
**SUPERINTENDENT MARSHALL TURNER**
**COMMISSIONER PELICIA HALL**
**ARP DIRECTOR RICHARD PENNINGTON**
**MDOC**                                                                  **DEFENDANTS**

## JUDGMENT

In accordance with the memorandum opinion entered this day, the plaintiff's claims regarding failure to protect him from attack by another inmate is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted. In addition, defendant Richard Pennington is **DISMISSED** from this case for failure to state a claim against him upon which relief could be granted. The plaintiff's claims regarding the general conditions of his confinement against Warden Lee Simon, Warden Timothy Morris, Superintendent Marshal Turner, Commissioner Pelicia Hall, and the MDOC will, however, **PROCEED**.

**SO ORDERED**, this, the 22nd day of February, 2021.

                                                                     /s/ David A. Sanders
                                                                     DAVID A. SANDERS
                                                                     UNITED STATES MAGISTRATE JUDGE