IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DANIEL HATTEN (K9677)**                                                                **PLAINTIFF**

**v.**                                                                 **No. 4:20CV107-DAS**

**WARDEN LEE SIMON**
**WARDEN TIMOTHY MORRIS**
**SUPERINTENDENT MARSHALL TURNER**
**COMMISSIONER PELICIA HALL**
**ARP DIRECTOR RICHARD PENNINGTON**
**MDOC**                                                      **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the motion [29] by the defendants for summary judgment is **GRANTED**, and the instant case is **DISMISSED** without prejudice for failure to exhaust administrative remedies. This case is **CLOSED**.

**SO ORDERED**, this, the 8th day of November, 2021.

                                                     /s/ David A. Sanders
                                                     DAVID A. SANDERS
                                                     UNITED STATES MAGISTRATE JUDGE